UNITED STATES DISTRICT COURT.
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-M-1019

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
HONGCHANG LUI )

The Government's motion is hereby granted. The case is dismissed.


March 14, 2012
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE